UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SUNNY MANHERTZ<br><br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 1:26-cr-10169-ADB |

## JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(a)

The United States of America and the defendant, Sunny Manhertz, through his counsel, hereby submit this joint memorandum addressing Local Rule 116.5(a).

**I.     Local Rule 116.5(a)(1)**

On June 30, 2026, the government produced automatic discovery as required by Fed. R. Crim. P. 16 and Rules 116.1(c) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts.   There are presently no pending discovery requests.

**II.     Local Rule 116.5(a)(2)**

The government does not anticipate additional productions of documents.

**III.     Local Rule 116.5(a)(3)**

Currently, the defendant is reviewing discovery and has not made any discovery requests.

**IV.     Local Rule 116.5(a)(4)**

There are no protective orders.

**V.     Local Rule 116.5(a)(5)**

The defendant is reviewing discovery materials and evaluating the merits of any motions under Fed. R. Crim. P. 12(b).

**VI.    Local Rule 116.5(a)(6)**

The government propose that expert disclosures for the government, if any, be due 45 days before trial and that the defendant's expert disclosures, if any, be due 30 days before trial.

**VII.    Local Rule 116.5(a)(7)**

The government and the defendant agree that the period from the defendant's arraignment upon the indictment on May 19, 2026, through July 22, 2026, the date set for the initial status conference, was properly excluded by this Court's order on excludable delay. [D.23].    The government and the defendant further agree that the period between July 22, 2026, and the next status conference should be excluded because the defendant is using the period of the continuance to complete review of discovery. Therefore, the parties request that this Court find that the ends of justice served by excluding the period of this continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

**VIII.    Local Rule 116.5(a)(8)**

The government and the defendant request that an interim status conference date be established for approximately 45 days in the future.    The parties respectfully request that the Court cancel the status conference scheduled for July 22, 2026, as there are no matters needing the Court's attention at this time.

Respectfully submitted,

| | |
|---|---|
| SUNNY MANHERTZ | LEAH B. FOLEY |
| By his counsel, | UNITED STATES ATTORNEY, |
| | |
| /s/ *Joshua Hanye, Esq.* (by LS) | By: /s/ *Lucy Sun* |
| Joshua Hanye, Esq. | Lucy Sun |
| Assistant Federal Public Defender | Assistant U.S. Attorney |
| Federal Public Defender Office | United States Attorney's Office |
| 51 Sleeper Street #5 | 1 Courthouse Way |
| Boston, MA 02210 | Boston, MA 02210 |

joshua_hanye@fd.org                               lucy.sun@usdoj.gov


Date: July 10, 2026

---

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by regular mail to the participants who do not receive electronic filing.

<u>/s/ Lucy Sun</u>
Lucy Sun
Assistant U.S. Attorney

Date: July 10, 2026